**ORDERED ACCORDINGLY.**

Dated: January 28, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31320/1079169642

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Darren T. Hitzig<br>        Debtor.<br>_____<br>Chase Home Finance LLC<br>        Movant,<br>  vs.<br><br>Darren T. Hitzig, Debtor, S. William Manera, Trustee.<br><br>        Respondents. | No. 2:09-BK-31557-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #12) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 16, 2007 and recorded in the office of the Maricopa County Recorder wherein Chase Home Finance LLC is the current beneficiary and Darren T. Hitzig has an interest in, further described as:

> Lot 7, A REPLAT OF LOTS 710 THRU 714 & 719 THRU 729, of HEARTHSTONE UNIT 5, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 681 of Maps, page 41, located in Section 36, Township 1 South, Range 4 East, Gila and Salt River Base and Meridian, Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ___ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT